Case: 5:23-cv-00231-BJD-PRL

Gregory Leon Curtis Jr. I04794
Walton Correctional Institution
691 Institution Rd
De Funiak Springs, FL 32433-1831

------------------------------------------------------

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:<23091407@flmd.uscourts.gov>
Subject:Activity in Case 5:23-cv-00231-BJD-PRL Curtis v. Parker et al Order
dismissing case
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is
a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

Notice of Electronic Filing

The following transaction was entered on 4/19/2023 10:18 AM EDT and filed
on 4/19/2023

Case Name: Curtis v. Parker et al

Case Number: 5:23-cv-00231-BJD-PRL
https://ecf.flmd.uscourts.gov/cgi-bin/DktRpt.pl?412842

Filer:

Document Number: 4

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.flmd.uscourts.gov/doc1/047125546007?caseid=412842&de_seq_num=29&magic_num=MAGIC

Docket Text:
 **ORDER OF DISMISSAL WITHOUT PREJUDICE;**
**directions to the Clerk. Signed by Judge Brian J. Davis on 4/19/2023. (CAW)**


5:23-cv-00231-BJD-PRL Notice has been electronically mailed to:


5:23-cv-00231-BJD-PRL Notice has been delivered by other means to:
Gregory Leon Curtis, Jr
I04794
Walton Correctional Institution
691 Institution Rd
De Funiak Springs, FL 32433-1831



The following document(s) are associated with this transaction:

```
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=4/19/2023] [FileNumber=23091406-0]
[86fb6b36dd0185e392b7e8f37fab99b7d94f42846721f896b3129f206458d46795e31218d4bb86a
a986e7b4f3e99a81760c85d6510da8f9af8978c2cc5f6feb0]]
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GREGORY LEON CURTIS, JR.,

       Plaintiff,

v.                                                            Case No. 5:23-cv-231-BJD-PRL

JAMES PARKER, et al.,

       Defendants.
_____

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, an inmate of the Florida penal system, is proceeding pro se. Plaintiff filed a document titled "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" (Doc. 1) dated March 27, 2023, in which he seemingly alleges violations occurred during his arrest, prosecution, trial, and post-trial matters in Alachua County. He sues officers who investigated, interrogated, or arrested him, his public defender, prosecutors, and the judge who sentenced him or denied his post-conviction motions. Plaintiff requests $10 million, that his criminal case be expunged, and his rights as a citizen restored.

It is not clear what type of lawsuit Plaintiff intends to bring. If Plaintiff seeks to challenge a state court judgment of conviction or sentence, he may initiate a habeas corpus case pursuant to 28 U.S.C. § 2254 in the district where his judgment of conviction was entered (Northern District of Florida,

Gainesville Division). To the extent Plaintiff intends to pursue a civil rights action, he is advised that to state a claim under 42 U.S.C. § 1983, a plaintiff must allege "a person" acting under the color of state law deprived him of a right secured under the United States Constitution or federal law. *See* 42 U.S.C. § 1983. The Court has approved the use of forms for civil rights and habeas corpus cases, and Plaintiff will be provided with copies of these forms. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form, a habeas corpus petition form, and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms in the appropriate venue. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if

he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of April, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 4/10
c:
Gregory Leon Curtis, Jr., #I04794